# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES -- GENERAL

| | | |
|---|---|---|
| Case No. | **ED CV 19-306-JFW(SPx)** | Date: April 1, 2019 |
| Title: | Mitchel Parker, et al. -v- Veolia Energy North America, LLC, et al. | |

**PRESENT:**

    **HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE**

| | |
|---|---|
| Shannon Reilly | None Present |
| Courtroom Deputy | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFFS: | ATTORNEYS PRESENT FOR DEFENDANTS: |
|---|---|
| None | None |

**PROCEEDINGS (IN CHAMBERS):**    ORDER REMANDING ACTION TO SAN BERNARDINO COUNTY SUPERIOR COURT

    Pursuant to the Stipulation to Remand Removed Action filed on March 28, 2019 [Docket No. 11], the Court **REMANDS** this action to San Bernardino County Superior Court.

    IT IS SO ORDERED.